**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DAVID BAUER,

    Plaintiff,

v.                                                       Case No: 8:14-cv-116-T-30AEP

KOHL'S DEPARTMENT STORES,
INC.,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation Concerning Dismissal of Count I (Dkt. #27). A review of the file indicates that Counts II and III were previously dismissed with prejudice on March 26, 2014. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of June, 2014.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record